

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00325-CV

| | | |
|---|---|---|
| CITY OF ARLINGTON, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-329704-21) |
| V. | § | October 12, 2023 |
| CRAIG TAYLOR, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT ON REHEARING

After considering appellant's motion for rehearing en banc of our opinion dated May 18, 2023, we deny the motion, but we withdraw our prior opinion and judgment dated May 18, 2023, and substitute the following judgment.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the

trial court is reversed, and we render a judgment dismissing Craig Taylor's claims against the City.

It is further ordered that Craig Taylor shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brain Walker
    Justice Brian Walker